**Order filed, November 6, 2017.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

### NO. 01-17-00833-CV

## DUANE AHRENS AND BECKY MCCARTY, Appellant

## V.

## PAMELA  PARKER, Appellee

**On Appeal from the 335th District Court**
**Washington County, Texas**
**Trial Court Case 35671**

### ORDER

The reporter's record in this case was due 11/2/2017.  *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Margaret Rayford, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM